| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Beacon Scientific, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1743839** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1114 Benfield Boulevard, Suite J**<br>**Millersville, MD 21108**<br>Number, Street, City, State & ZIP Code<br><br>**Anne Arundel**<br>County | **Mailing address, if different from principal place of business**<br><br>**111 Avondale Circile**<br>**Severna Park, MD 21146**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.beacon-scientific.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Beacon Scientific, LLC**                                    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Beacon Scientific, LLC**   Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Beacon Scientific, LLC**     Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 22-13209   Doc 1   Filed 06/13/22   Page 4 of 9

| Debtor | **Beacon Scientific, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 13, 2022**
MM / DD / YYYY

X  **/s/ George M. Saunders, Jr.**            **George M. Saunders, Jr.**
Signature of authorized representative of debtor          Printed name

Title  **Member**

**18. Signature of attorney**

X  **/s/ Steven L. Goldberg (sgoldberg@mhlawyers.com)**       Date  **June 13, 2022**
Signature of attorney for debtor                MM / DD / YYYY

**Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Printed name

**McNamee Hosea, P.A.**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone  **(301) 441-2420**   Email address  **sgoldberg@mhlawyers.com**

**28089 MD**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Beacon Scientific, LLC**
United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Saunders Engineering Consultants, LLC** 111 Avondale Circle Severna Park, MD 21146 | | Loan | | | | $192,970.33 |
| **Jason S. Kiddy** 312 Tobin Way Gambrills, MD 21054 | | Business Debt | | | | $42,500.00 |
| **George M. Saunders, Jr.** 1114 Benfield Blvd Suite J Millersville, MD 21108 | | Retirement Contributions | | | | $38,500.00 |
| **Benjamin D. Hilliard** 1114 Benfield Blvd Suite J Millersville, MD 21108 | | Due to Defined Contribution | | | | $12,161.34 |
| **Vallit Advisors, LLC** One Annapolis Street Suite 201 Annapolis, MD 21401 | | Services | | | | $10,000.00 |
| **Anthony Bocchichio** 1114 Benfield Blvd Suite J Millersville, MD 21108 | | Retirement Contributions | | | | $8,804.98 |
| **Internal Revenue Service** Insolvency Division 31 Hopkins Plaza, Room 1150 Baltimore, MD 21201 | | 941/940 Taxes | | | | $6,711.06 |

Debtor **Beacon Scientific, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **St. John Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** | | **$620,659.44 (Balance of Lease)** | | | | **$3,967.07** |
| **District of Columbia**<br>**D.C. Treasurer**<br>**P.O. Box 2014**<br>**Washington, DC 20013** | | **Taxes** | | | | **$3,226.05** |
| **Comptroller of Maryland**<br>**Compliance Division**<br>**301 West Preston Street, Room 409**<br>**Baltimore, MD 21201** | | **Taxes** | | | | **$1,509.94** |
| **Verizon**<br>**P.O. Box 15150**<br>**Philadelphia, PA 19170-0001** | | **Utilities** | | | | **$500.00** |
| **Baltimore Gas & Electric**<br>**PO Box 13070**<br>**Philadelphia, PA 19101-3070** | | **Utilities** | | | | **$500.00** |
| **Toal, Murray, Day & Lalor, LLC**<br>**130 Admiral Cochrane Drive**<br>**Suite 200**<br>**Annapolis, MD 21401** | | **Services** | | | | **$1.00** |
| **PLSDATA, LLC**<br>**173 Wildacre Avenue**<br>**Lawrence, NY 11559** | | **Services** | | | | **$1.00** |
| **Veritext, LLC**<br>**P.O. Box 71303**<br>**Chicago, IL 60694-1303** | | **Services** | | | | **$1.00** |
| **Kagan Stern Marinello & Beard, LLC**<br>**238 West Street**<br>**Annapolis, MD 21401** | | **Legal Fees** | | | | **$1.00** |

Anthony Bocchichio
1114 Benfield Blvd
Suite J
Millersville, MD 21108


Baltimore Gas & Electric
PO Box 13070
Philadelphia, PA 19101-3070


Benjamin D. Hilliard
1114 Benfield Blvd
Suite J
Millersville, MD 21108


Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


District of Columbia
D.C. Treasurer
P.O. Box 2014
Washington, DC 20013


George M. Saunders, Jr.
1114 Benfield Blvd
Suite J
Millersville, MD 21108


Internal Revenue Service
Insolvency Division
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201


Jason S. Kiddy
312 Tobin Way
Gambrills, MD 21054

Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, MD 21401


PLSDATA, LLC
173 Wildacre Avenue
Lawrence, NY 11559


Ramsay M. Whitworth
Silverman Thompson Slutkin & White
400 East Pratt Street
Suite 900
Baltimore, MD 21202


Saunders Engineering Consultants, LLC
111 Avondale Circle
Severna Park, MD 21146


St. John Properties
2560 Lord Baltimore Drive
Windsor Mill, MD 21244


Toal, Murray, Day & Lalor, LLC
130 Admiral Cochrane Drive
Suite 200
Annapolis, MD 21401


Vallit Advisors, LLC
One Annapolis Street
Suite 201
Annapolis, MD 21401


Veritext, LLC
P.O. Box 71303
Chicago, IL 60694-1303


Verizon
P.O. Box 15150
Philadelphia, PA 19170-0001